Complere

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| PACIFIC PRESBYTERIAN CHURCH, IMMANUEL CHOI, SI HYUNG KIM and SUK NAM KOONG,<br><br>                Plaintiffs,<br><br>      v.<br><br>DAVID H. JO,<br><br>                Defendant. | CIVIL CASE NO. CV1110-09<br><br><br>**O R D E R** |

This matter came before the court pursuant to defendant's motion to dismiss for failure to prosecute. This court is also assigned to a companion case CV0516-09, where the defendant in this case is also a plaintiff suing on behalf of the Pacific Presbyterian Church.

The parties in this action agreed at various times to delay disposition of this matter pending disposition of other related civil actions before the superior court and assigned to this Court.

This court has already determined that it is in no position to adjudicate the status of Reverend David Jo, as this is a disputed matter that can only be resolved as determined in <u>Choi v. Jo</u>, Civil Case No. CV0165-05. The decision as to whether Plaintiff Jo is the pastor of the PPC is an ecclesiastical matter and this Court cannot make such a determination. The court having considered all of the pleadings and the pending motions dismisses this case sua sponte without prejudice, since the court cannot determine who among the parties before the court has the authority to speak on behalf of the Pacific Presbyterian Church.

**SO ORDERED:** ___OCT 0 2 2013___.

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam

OCT 0 2 2013



Benny O. Cruz
Deputy Clerk, Superior Court of Guam

Original Signed By:
HON. ARTHUR R. BARCINAS

_____
**HONORABLE ARTHUR R. BARCINAS**
**Judge, Superior Court of Guam**